



UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 27 2009

Clerk, U.S. District and
Bankruptcy Courts

CARRINGTON ALAN KEYS "#EF-4010"
c/o "1000 Follies Road"
Dallas Pennsylvania [18612]
             Plaintiff

Vs

BARACK HUSSEIN OBAMA,
dba "President/ US Department of State
Bureau of Political Military Affairs et al -
"2201 C. St. N.W. - Defendants
Washington D.C. [20530]

Misc. No.

Case: 1:09-mc-00660
Assigned To : Walton, Reggie B.
Assign. Date : 11/27/2009
Description: Miscellaneous

APPLICATION FOR ORDER OF RELEASE

<u>ADMINISTRATIVE JUDGEMENT, BY
CERTIFICATE OF NON RESPONSE</u>

NOW COMES Carrington-Alan; Keys Ex Rel (CARRINGTON A. KEYS #EF-4010,) Sui Juris In Propria Persona, undersigned party aggrieved, a living Breathing, Natural flesh and Blood Being, Non-Fiction, Non Franchised Sovereign moves this court (sua sponte) for the Relief Sought herein Sub Judice, and in support thereof hereby avers;

## FACTS

1. On or about 6-2-09 Defendant was served with "Letter Rogatory - 72 hour Demand For Release of Agent From Custody of State Prison Under Articles 8 and 122 of the Geneva Convention" Certified Mail No. 7006-2150-8098-9836 received by U.S. Department of State June 11, 09.

2. On June 24-2009 Defendants was served with "Notice of Fault" and "Certificate of Non-Response" sent to "President/ U.S. Department of State - Bureau of Political Military Affairs."

3. On or about the 14th of September 2009 a Imperial Writ of Habeas Corpus / Foreign Judgement was served upon "President/ U.S. Dept of State - Bureau of Political - Military Affairs" et al. Defendants.

4. No response was filed by Defendants to date, Defendants have not contested the facts therein.

A. Thereby Respondent has failed to state a claim upon which relief can be granted and has Formally Accepted each fact therein ("Imperial Writ of Habeas Corpus.) See Attachments. As they operate in favor of the undersigned due to his silence [ U.C.C. 1-205 "3. Course of dealing"] and therefore is full settlement and closure of the transaction (Case Nos. 9904467, 9905706 and 9915716] Hereby constitutes the "Agreement" of the parties as per U.C.C. 1-201 (3) and is Now "Confirming" for purposes of [U.C.C. 2-106(b), thereby and forthwith establishes

the course of seeking to have the Honorable Court to have respondent remove the living breathing body of the undersigned party aggrieved from illegal detention, unlawful restraint at S.C.I. Dallas with immediate release and discharge of the prisoner: "CARRINGTON ALAN KEYS # EF-4010 per [U.C.C. 3-413] as it relates to [U.C.C. 1-205 (d)] based on "Imperial Writ of Habeas Corpus Foreign Judgement" attached hereto.

B. As presumption is lawfully taken with regards to Respondents' failure to state a claim against the living breathing flesh and blood body of Carrington-Alan; Keys Ex Rel CARRINGTON A KEYS # EF-4010, that Respondents have agreed and stipulated to the facts that the undersigned is an "Aggrieved Party" (q.v.) [U.C.C. 1-201 (36)] and that as a matter of law "Aggrieved Party": **means a party entitled to** resort to a remedy [U.C.C. 1-201 (2)].

Agreement: means the bargain of the parties in fact as found in their language or by implication from other circumstances including course of dealing or usage of trade or course of performance as provided in this code, [1-205 and U.C.C. 2-208]. Whether an Agreement has legal consequences is determined by the provisions of the code, if applicable; otherwise by law of contracts [U.C.C. 1-103 and U.C.C. 1-201 (3)].

## RELIEF SOUGHT

WHEREFORE the undersigned party aggrieved moves this Honorable Court (sua sponte) to issue an Order directing the United States Marshal to release the body of prisoner CARRINGTON ALAN KEYS # EF-4010, to take and receive from the proper authorities of the State of Pennsylvania One "Carrington-Alan; Keys" and convey him to the United States Marshals there to be delivered to be dealt with accordingly to law and released from the custody of said imprisonment **Sub judice**, as there is nothing before the Court to consider as it relates to the "Agreement of the parties" (Imperial Writ of Habeas Corpus/Foreign Judgement" **In Consideratione praemissorum** - above herein. as the interest of Justice deems, appropriate.

## Affirmation

I, Carrington-Alan; Keys swear and affirm on my unlimited commercial liability that the herein facts are true, correct and not misleading, based upon personal knowledge and information under pains and penalty of perjury [28 U.S.C. § 1746] This 22nd day of November 2009 Anno Domini.


Right Thumbprint

In Execution and pursuance of PARTY AGGRIEVED: w/o recourse
Carrington-Alan; Keys
Carrington-Alan; Keys
w/o prejudice
In c/o "1000 Follies Road"
near [18612] Dallas Pa
USA